# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00633-CV

**Workhorse Sales Corp., Appellant**

**v.**

**Texas Department of Transportation, Motor Vehicle Division, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-09-001012, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Workhorse Sales Corp. filed a motion requesting that this appeal be dismissed.  *See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   June 24, 2010